IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JUAN GERALDO ARRENDONDO                                    PLAINTIFF

V.                        CAUSE ACTION NO. 5:18-CV-122-DCB-MTP
                                          5:13-CR-13-DCB-FKB

UNITED STATES OF AMERICA                                   DEFENDANT

ORDER

This cause is before the Court on defendant/petitioner Juan Geraldo Arredondo's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody **[Doc. 306]**. Having conducted the preliminary review required by Rule 4 of the Rules Governing § 2255 Proceedings for the United States Courts, the Court finds that the Government must "file an answer, motion or other response" as required by Rule 4.

Accordingly,

IT IS ORDERED that the United States Attorney for the Southern District of Mississippi shall, within 30 days from the date of entry of this Order, respond to the defendant/petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

SO ORDERED this the 8th day of January, 2019.

                 _/s/ David Bramlette_____
                 UNITED STATES DISTRICT JUDGE